# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ANN HENSCHEL,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:17-cv-02465 AC<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed her complaint on November 22, 2017. ECF No. 1. On November 22, 2017, a scheduling order was issued in this case ordering the plaintiff to serve a copy of the scheduling order and complete service of process within 21 days of filing the complaint. ECF No. 3 at 2. The 21 day deadline has long since come and gone, is no evidence in the record that plaintiff has completed service.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than March 20, 2018, why this action should not be dismissed for failure to prosecute;

1

2. Plaintiff's filing of a proof of service upon defendant will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, her case will be dismissed.

IT IS SO ORDERED.

DATED: March 14, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE