1  Robert C. Weems (SBN 148156)
   WEEMS LAW OFFICES
2  769 Center Blvd., PMB 38
   Fairfax, CA  94930
3  Ph: (415) 881-7653
   Fx: (866) 610-1430
4  rcweems@weemslawoffices.com
5
   Attorney for Plaintiff
6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11

12  DENISE ANN HENSCHEL,               Case No:  2:17-cv-02465-AC

13        Plaintiff,
                                       STIPULATION AND ORDER FOR
14  v.                                 EXTENSION OF TIME
                                       [Fed.R.Civ.P. 6]
15  Commissioner of Social Security,

16        Defendant

17     Plaintiff requests an extension of forty-five (45) days for Plaintiff's counsel to

18  draft and file Plaintiff's motion for summary judgment.

19     Due to plaintiff's inadvertence to address this action having given precedence to

20  Ninth Circuit pleadings and his Superior litigation, Plaintiff requests more time to review

21  the administrative record and draft her motion for summary judgment. The parties request

22  this extension in good faith with no intent to unduly prolong proceedings.

23     Defendant does not object to allowing Plaintiff the additional time to draft his

24  motion for summary judgment and, subject to the Court's approval, stipulates to forty-

25  five (45) days extension of time to allow Plaintiff to file his motion for summary

26  judgment in this action.  Plaintiff's motion for summary judgment or remand is now due

27  on September 24, 2018.  This is Plaintiff's first request for additional time.

28

                                        1
Stipulation and Order

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |
| /s/Robert C. Weems | By: /s/Carolyn B. Chen |
| Robert C. Weems, Attorney for Plaintiff | Carolyn B. Chen, Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization) |

SO ORDERED:

DATE: August 27, 2018

*[signature: Allison Claire]*

ALLISON CLAIRE
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

2

Stipulation and Order