UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ANN HENSCHEL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:17-cv-02465 AC<br><br><br>ORDER |

On August 28, 2018, this court granted Plaintiff a second extension of time to September 24, 2018 to file her motion for summary judgment. ECF 13. That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why her failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

DATED: October 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE