MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DENISE ANN HENSCHEL,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-02465-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 60 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 60 additional days to respond to Plaintiff's motion for summary judgment. The current due date is November 14, 2018. The new due date will be January 14, 2019.

This is Defendant's first request for an extension of time and this is the second request for an extension of time in this case overall. There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been addressing her full workload of district court cases and other cases including other cases that were previously extended. In addition, new matters that were not previously anticipated and could not be

1

assigned to another attorney, including a hearing with about a week's notice in advance, created some crowding of the briefing schedule.

Moreover, in the past week, Defendant's counsel has been and is still experiencing and trying to recover from sickness from a cold/virus that inhibited her ability to work and that according to her doctor, may still take up to another week for the symptoms to more fully subside. Moreover, in the next two weeks, Defendant's counsel has other matters that cannot be shifted or assigned to another attorney. In addition, Defendant's counsel continues to have a full workload for the next month that will likely need to be shifted as well due to her current circumstances.

Thus, Defendant is respectfully requesting additional time up to and including January 14, 2019, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: November 13, 2018

*s/ Robert Weems by C.Chen\**
(As authorized by email on 11/9/2018)
ROBERT WEEMS
Attorneys for Plaintiff

Date: November 13, 2018         MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

DATED: November 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE